UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KIMBERLY HIGHTOWER, et al.,**

    **Plaintiffs,**

    v.                          Case No. 2:14-cv-524
                                        **JUDGE GREGORY L. FROST**
                                        Magistrate Judge Mark R. Abel

**LORI STRAHLER, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Kimberly Hightower's April 13, 2015 motion to change venue. (ECF No. 44.)  In this motion, Hightower asks the Court to transfer this litigation to an unspecified court, presumably state court in Washington County, Ohio.  Because this litigation concluded with entry of the Judgment on March 30, 2015 (ECF No. 43), the request to change venue cannot be well taken, regardless of its merits or lack thereof. Accordingly, the Court **DENIES** the motion.  (ECF No. 44.)

    **IT IS SO ORDERED.**

                                                        /s/ Gregory L. Frost
                                                 GREGORY L. FROST
                                                 UNITED STATES DISTRICT JUDGE